UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR UMANSOR, | Case No. 2:21-cv-01804-JAD-EJY |
| Plaintiff | **ORDER** |
| v. | |
| CANTEEN DEPARTMENT, *et al.*, | |
| Defendants. | |

**I.      DISCUSSION**

On October 5, 2021, this Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee for a civil action on or before December 3, 2021.  ECF No. 3 at 2.  On October 15, 2021, Plaintiff filed a letter that purports to explain why he has not yet complied with the October 5, 2021 Order.  ECF No. 4 at 2.  The Court construes Plaintiff's letter as a request for an extension and now grants Plaintiff an extension of time.  Plaintiff's request is granted as stated below.  However, Plaintiff is cautioned that letters seeking relief do not comply with the Court's local rules.  The Court's Rules require that, except for circumstances not applicable here, "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties."  LR IA 7-1(b).  Further, "[t]he court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice."  *Id.*

**II.     ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's letter request, which the Court construes as a motion, ECF No. 4, is GRANTED for purposes of the extension requested.  The letter is denied in all other respects.

IT IS FURTHER ORDERED that on or before **January 19, 2022**, Plaintiff shall either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial

1  attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $402 fee for filing a civil action
2  (which includes the $350 filing fee and the $52 administrative fee).
3      IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this Order, this
4  case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court,
5  under a new case number, when Plaintiff is able to submit a complete application to proceed *in forma*
6  *pauperis* or pay the $402 filing fee for a civil action.

8      DATED this 29th day of December, 2021.

        _____
        ELAYNA J. YOUCHAH
        UNITED STATES MAGISTRATE JUDGE